# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1563
LT Case No. 2009-CF-9061-A

_____

DAVID V. MURPHY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

David V. Murphy, Avon Park, pro se.

Ashley Moody, Attorney General, and Virginia Chester
Harris, Senior Assistant Attorney General, Tallahassee, for
Appellee.

February 20, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____